# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160813(96)

GRANT BAUSERMAN, KARL WILLIAMS
and TEDDY BROE, on Behalf of Themselves
and All Others Similarly Situated,
            Plaintiffs-Appellees,

v                                                           SC: 160813
                                                            COA: 333181
                                                            Ct of Claims: 15-000202-MM
UNEMPLOYMENT INSURANCE AGENCY,
            Defendant-Appellant.
_____/

　　　　On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their supplement brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before March 31, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2021



Clerk